FILED
2023 OCT 30 PM 3:53
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____CR_____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### Austin DIVISION

Yvette Lopez Carpintero

Plaintiff(s)

CASE NUMBER: 1:23CV01319RP

The Parking Compliance Solution

Defendant(s)

## COMPLAINT

Yvette Lopez Carpintero 14011 FM-969 Apt#3110, Austin, TX, 78724

The Parking Compliance Solution 4413 Nixon Ln, Austin, TX 78725

Jurisdiction Plea - Government questioned federal

Allegation 1 - unlawful towing that occurred on 6/30/2023

Allegation 2 - not releasing vechile despite judgment order

Yvette Lopez Carpintero
10/30/2023

Rev. Ed. October 26, 2017

_Yvette Yapley Carpintero_
Signature
Name Yvette Lopez Carpintero
Address 14011 FM-969 #3110, Austin, TX, 78724
Telephone Number 956-615-23-25