IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YVETTE LOPEZ CARPINTERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-1319-RP |
| | § | |
| THE PARKING COMPLIANCE SOLUTION, | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

On this date, the Court entered an order adopting the magistrate judge's report and recommendation and dismissing Plaintiff's claims as frivolous. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on December 28, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE